# Cuti Hecker Wang llp

305 Broadway, Suite 607
New York, New York 10007

Alexander Goldenberg
212 620 2607 tel
212 620 2617 fax

agoldenberg@chwllp.com

October 14, 2022

**By ECF**

Hon. Stewart D. Aaron
United States Magistrate Judge
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2022

      Re:    *Rona Love v. City of New York, et al.*, 22 Civ. 1694 (CM)(SDA)

Dear Judge Aaron:

      This firm represents plaintiff Rona Love in the above-referenced matter. We write on behalf of all parties to seek an adjournment of the settlement conference scheduled for October 26, 2022, at 10:00 am.

      As explained in our prior correspondence to Your Honor, Assistant Corporation Counsel Mostafa Khairy, who has represented Defendants from the outset, is leaving his position on October 28. The parties hoped to conduct the settlement conference before he left, and Mr. Khairy has worked diligently to obtain settlement authority in advance of the conference. Unfortunately, it does not appear that Mr. Khairy will have the authority necessary for a productive conference on October 26, and the parties do not want to waste the Court's time with a premature conference. If Mr. Khairy is able to obtain authority before he leaves, the parties will confer directly through counsel in an effort to make progress before a conference with Mr. Khairy's successor. The parties continue to believe that a conference with Your Honor affords the best opportunity to achieve a resolution.

      Because this case has not been re-assigned to a new Assistant Corporation Counsel, the parties are unable to propose new dates at this time. Accordingly, we respectfully request that the Court adjourn the conference *sine die*, and that it Order the parties to propose new dates for a settlement conference within three business days of the City assigning new counsel on the case. This joint request is the parties' first request for an adjournment of the settlement conference.

      We thank Your Honor for your consideration of this letter.

                                                    Respectfully Submitted,

                                                    Alexander Goldenberg

Request GRANTED. The settlement conference scheduled for 10/26/2022 is adjourned *sine die*. The parties shall propose new dates for a settlement conference within three business days of the City assigning new counsel on the case. SO ORDERED.
Dated: 10/15/2022